# U.S. Bankruptcy Court
## Eastern District of North Carolina

In re:

**TERESA D HINES**

                    **Bankruptcy Case No. 19–01659–5–SWH**

    Debtor

                    **Adversary Proceeding No. 19–00110–5–SWH**

**TERESA D HINES**

    Plaintiff

v.

**SOUTHERN LOANS**

    Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days of issuance.

**Address of Clerk:**
    CLERK, U.S. BANKRUPTCY COURT
    EASTERN DISTRICT OF NORTH CAROLINA
    300 FAYETTEVILLE STREET, PO BOX 791
    RALEIGH, NC 27602

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney:**
    CHRISTOPHER T. VONDERAU
    4022 SHIPYARD BLVD.
    WILMINGTON, NC 28403

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

\*

*Date Issued: July 10, 2019*

*Stephanie J. Butler, Clerk Of Court*

CSD 3007