**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILMINGTON DIVISION**

| | |
|---|---|
| In Re:<br>**TERESA D. HINES,**<br>DEBTOR | CASE NO.19-01659-5-SWH<br><br>Chapter 13 |
| **TERESA D. HINES,**<br>PLAINTIFF,<br><br>v.<br><br>**SOUTHERN LOANS, INC.**<br>DEFENDANT. | ADVERSARY PROCEEDING<br>NUMBER: 19-00110-5-SWH |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICES AND PLEADINGS**

Southern Loans, Inc., the Defendant, in the above referenced case, hereby gives notice of its appearance in this case, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, by and through the undersigned counsel:

William F. Hill
Attorney At Law
Post Office Box 2517
Greenville, North Carolina 27836

Southern Loans, Inc., requests that it be served with copies of all notices issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor(s), the Bankruptcy Administrator or any other interested parties in this case, including all adversary proceedings, in accordance with Rule 2002 of the Federal Rules of Bankruptcy Procedure.

Further, Southern Loans, Inc., requests that Debtor(s) forward to it, through its attorney of record, copies of all applications, motions, complaints and other pleadings filed by Debtor(s) in the above-referenced case.

Respectfully Submitted, this the 19th day of July, 2019.

s/ William F. Hill_____
William F. Hill
State Bar No. 10929
Attorney for Southern Loans, Inc.
Post Office Box 2517
Greenville, North Carolina, 27836
Telephone: (252) 355-4277
Facsimile: (252) 355-2797

<u>CERTIFICATE OF SERVICE</u>

The undersigned, of P.O. Box 2517, Greenville, North Carolina 27836, certifies:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on today's date, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties listed below. I further certify that I have mailed the document to the non CM/ECF participants as set out below by first class mail.

I certify under penalty of perjury that the foregoing is true and correct.

This the 19th day of July, 2019.

/s/William F. Hill
William F. Hill
State Bar No. 10929
Attorney for Southern Loans, Inc.
P.O. Box 2517
Greenville, North Carolina 27836
Telephone: 252-355-4277
Facsimile: 252-355-2797

Recipients:

| Christopher T. Vonderau<br>Attorney for Debtor(s)<br>4022 Shipyard Blvd.<br>Wilmington, NC 28409<br>VIA CM/ECF ELECTRONIC MAILING | Teresa D. Hines<br>67 Lake Forest Parkway<br>Wilmington, NC 28401<br>VIA FIRST CLASS MAIL |
|---|---|